# EXHIBIT B

{000 EXH A0228609.DOC}

# SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Invoice submitted to:
Ira Bodenstein, Receiver for Steven W. Salutric
Shaw Gussis Fishman Glantz Wolfson &
Towbin
321 N. Clark St.
Ste. 800
Chicago, IL 60654

Client Number: 7355

July 31, 2010
In Reference To:  SEC Receiver
(IXB 7355 BODENSTEIN, I/SEC RECEIVER)
Invoice #1007214

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **ASSET ANALYSIS AND RECOVERY** | | |
| 2/9/2010 | IB | Phone call with J.Kopecky re: Salutric assets | 0.40<br>395.00/hr | 158.00 |
| | IB | Review delivery from J. Kopecky re: Salutric assets | 1.00<br>395.00/hr | 395.00 |
| 2/10/2010 | IB | Meet with J. Kopecky and T. Banich to review Salutric documentation on assets | 1.30<br>395.00/hr | 513.50 |
| | TGB | Prepared for and attended meeting with I. Bodenstein and J. Kopecky re background and further conference with I. Bodenstein re same and tasks (1.5); began reviewing documents provided by J. Kopecky (2.0). | 3.50<br>310.00/hr | 1,085.00 |
| | IB | Phone call from R. Andrews and review email from R. Andrews re: motion to unfreeze assets of St. Andrews Lutheran Church | 0.30<br>395.00/hr | 118.50 |
| | IB | Investigation of One Equity/Triangle Equity Group Receivership in Columbus Ohio by reviewing docket and pleadings | 1.30<br>395.00/hr | 513.50 |
| | IB | Review additional documentation from J. Kopecky by email re: Results One operating agreement and responses to inquiries to Salutric clients. | 1.50<br>395.00/hr | 592.50 |
| 2/11/2010 | IB | Emails to W. Bazianos (Results One Financial) and D. Novotny (Results One CPA ) re: meeting to discuss dissolution issues | 0.30<br>395.00/hr | 118.50 |

Ira Bodenstein, Receiver for Steven W. Salutric                                        Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/11/2010 IB | Review package of documents and CD from J. Kopecky | 0.50<br>395.00/hr | 197.50 |
| 2/19/2010 IB | Phone call with M. Maciejewski re: Park Place Entertainment (.3);followup email to Maciejewski re: document request (.2). | 0.50<br>395.00/hr | 197.50 |
| 2/22/2010 IB | Phone call with W. Cosgrove re: disposition of his 401k assets | 0.10<br>395.00/hr | 39.50 |
| 2/23/2010 IB | Review New Yorkville LLC records | 0.30<br>395.00/hr | 118.50 |
| RF | Review property records and valuation data for Carol Stream, IL and Denver, IA properties (.4)  Telephone conferences with S. Celner, West Suburban Bank, and J. Diaz, TCF Bank, regarding turnover of bank accounts (.3) | 0.70<br>360.00/hr | 252.00 |
| 2/24/2010 IB | Review remainder of New Yorkville documents | 0.40<br>395.00/hr | 158.00 |
| TGB | Telephone conference with J. Kopecky to follow up on several open issues and questions and drafted correspondence to I. Bodenstein and R. Fogel summarizing same. | 0.80<br>310.00/hr | 248.00 |
| 2/25/2010 IB | Review Maciejewski email in response to my document request. | 0.10<br>395.00/hr | 39.50 |
| 2/26/2010 IB | Investigate potential Salutric assets including property at 1405 Gingerwoods, Celluloid distributions, New Yorkville LLC , Pellstar LLC and Triangle receivership including review of documentation and phone calls with Brenda Bowers (Ransier atty) and J. Kopecky; email to Kopecky re: Pellstar K-1. | 2.00<br>395.00/hr | 790.00 |
| RF | Correspondence to WSB, TCF Bank and Alliant Credit Union requesting turnover of accounts (.4)  Review 2009 K-1 from Pelstar, LLC, review online records and telephone conference with T. Ferguson, registered agent and counsel, regarding Salutric's membership interest (.3) | 0.70<br>360.00/hr | 252.00 |
| TGB | Conferred with I. Bodenstein re changes to memorandum re February 10 meeting with J. Kopecky and reviewed final version of same (.2); conferred with R. Fogel re documents (.1). | 0.30<br>310.00/hr | 93.00 |
| 3/1/2010 RF | Correspondence to T. Ferguson regarding production of documents relating to membership interest in Pelstar (.1)  Telephone conference with J. Skryd, attorney for Carol Stream Rotary Club, regarding release of funds at West Suburban Bank and e-mail to R. Andrews regarding same (.2) | 0.30<br>360.00/hr | 108.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                          Page      3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2010 | IB | Phone call with R. Andrews re: Celluloid Distribution | 0.10<br>395.00/hr | 39.50 |
| 3/2/2010 | IB | Phone call with A. Bower re; claim of Carl Amari in Triangle Equities receivership | 0.20<br>395.00/hr | 79.00 |
| 3/3/2010 | TGB | Conferred with I. Bodenstein and R. Fogel re protection of Salutric's interest in Ohio receivership dividend (.3); reviewed C. Amari proof of claim filed in Ohio receivership and considered ways to memorialize Salutric-Amari division of interest in same (.8). | 1.10<br>310.00/hr | 341.00 |
| | IB | Review Amari proof of claim filed in Triangle Equities  Receivership from A. Bower (.5); discuss with T. Banich and R. Fogel re: documenting Salutric interest (.3); phone call with Amari atty Merle Royce re: documenting Salutric interest (.1). | 0.90<br>395.00/hr | 355.50 |
| | IB | Review New Yorkville documents and The National Bank from R. Andrews | 0.40<br>395.00/hr | 158.00 |
| 3/4/2010 | TGB | Conferred with I. Bodenstein and R. Fogel re C. Amari/Ohio receivership issues and reviewed background materials pertaining to same. | 0.70<br>310.00/hr | 217.00 |
| | IB | Phone call with J. Kopecky re: Salutric Triangle interest(.1) and review email from Kopecky re: same (.6) | 0.70<br>395.00/hr | 276.50 |
| | IB | Begin review of 763 pages of documents produced by Doug Sheply re: Intrepid ; Park Avenue; Results One Financial and Results One CPA | 0.80<br>395.00/hr | 316.00 |
| 3/5/2010 | IB | Phone call with Jennifer Ramirez re: Silver Lakes timeshare | 0.20<br>395.00/hr | 79.00 |
| 3/9/2010 | IB | Investigate information on redemption of Pelstar by Salutric | 0.40<br>395.00/hr | 158.00 |
| 3/11/2010 | IB | Investigation of potential assets re: Pelstar Distribution (.4); Silver Lakes timeshare (.1); and Results One Mtg (.8). | 1.30<br>395.00/hr | 513.50 |
| 3/12/2010 | IB | Phone call with R. Andrews re: potential assets moneys owed by Jim Moser/Kennicutt University and St. Andrew Church (.3); review St. Andrews spreadsheet (.1). | 0.40<br>395.00/hr | 158.00 |
| 3/15/2010 | IB | Phone call and email with Z. Genti at Stanton and Gasdick re: Silver Lake Resort timeshare | 0.20<br>395.00/hr | 79.00 |
| | TGB | Telephone conference with M. Maciejewski re requested documents and drafted correspondence re same. | 0.20<br>310.00/hr | 62.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                    Page      4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/17/2010 IB | Phone call from Tara Early re: Salutric interest in Silver Lakes Resort (.2); investigate value and email to J. Kopecky re: questions (.2) | | 0.40 395.00/hr | 158.00 |
| 3/18/2010 IB | Review documents produced by M.Maciewski re: Intrepid and Park Place | | 1.40 395.00/hr | 553.00 |
| 3/19/2010 IB | Phone call with Greg Shinnall re: Madison Miracles lawsuit against MGM. | | 0.40 395.00/hr | 158.00 |
| IB | Review Madison Miracles lawsuit | | 1.00 395.00/hr | 395.00 |
| 3/21/2010 IB | Review Madison Miracles lawsuit v. MGM and Salutric documents re: Amari transactions re: potential meeting with Amari and counsel. | | 0.70 395.00/hr | 276.50 |
| 3/22/2010 IB | Review Madison LLC operating agreements and MGM motions and memorandums in pending lawsuit | | 0.60 395.00/hr | 237.00 |
| 3/23/2010 IB | Phone call with J. Kopecky re: status of information responses; sale of timeshares;Results One Financial | | 0.40 395.00/hr | 158.00 |
| TGB | Conferred with I. Bodenstein re potential interview of C. Amari (.1); followed up with M. Royce re same and drafted correspondence to I. Bodenstein and R. Fogel re interview status (.1); reviewed new complaint filed against Salutric (.2). | | 0.40 310.00/hr | 124.00 |
| 3/24/2010 IB | Review materials on Beach condos re: potential buyout | | 0.20 395.00/hr | 79.00 |
| 3/25/2010 IB | Review Silver Lakes timeshare issues and convey offer to Tara Early | | 0.40 395.00/hr | 158.00 |
| IB | Review Beach condos LLC information and email to R. Dubsky re: Salutric interest (.3); phone call with R. Dubsky re:sale of Salutric interest (.3). | | 0.60 395.00/hr | 237.00 |
| 3/26/2010 IB | Review New  Yorkville documents | | 0.40 395.00/hr | 158.00 |
| 4/6/2010 IB | Phone call with Ralph Tellefson re: New Yorkville and New York Avenue LLC'c | | 0.40 395.00/hr | 158.00 |
| IB | Emails with M. Royce re: Amari meeting | | 0.10 395.00/hr | 39.50 |
| 4/7/2010 IB | Review files and emails for final information to include in Receiver's first report (2.0); revise versions 2 and 3 of report (1.5) | | 3.50 395.00/hr | 1,382.50 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                        Page     5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2010 | IB | Phone call with D. Leventhal re: Results CPA dissolution (.2); review dissolution complaint received today (.4). | 0.60 395.00/hr | 237.00 |
| | IB | Email and phone call with J. Kopecky re: compliance with requests. | 0.20 395.00/hr | 79.00 |
| 4/8/2010 | IB | Review Celluloid Pictures 2008 return (.3) and try to find additional information on Salutric computer (.3). | 0.60 395.00/hr | 237.00 |
| 4/9/2010 | IB | Phone call with M. Maciejieski re: Park Avenue and Intrepid | 0.40 395.00/hr | 158.00 |
| 4/12/2010 | IB | Review Salutric motion for approval of Ford Fusion payment | 0.20 395.00/hr | 79.00 |
| | IB | Review Intrepid K-1 information to Salutric and Amari and 2008 return | 0.40 395.00/hr | 158.00 |
| | IB | Review family law files on Salutric computer re: promissory notes | 0.90 395.00/hr | 355.50 |
| 4/13/2010 | IB | Email to J. Kopecky re:promissory notes | 0.40 395.00/hr | 158.00 |
| | IB | Phone call with C. Curtis re: DuPage county real estate records | 0.50 395.00/hr | 197.50 |
| 4/14/2010 | IB | Review One Equity Receiver's 6th Report | 0.40 395.00/hr | 158.00 |
| 4/15/2010 | IB | Review entered orders on Ford Fusion and Stay of Execution | 0.10 395.00/hr | 39.50 |
| 4/19/2010 | TGB | Considered C. Amari issues. | 0.20 310.00/hr | NO CHARGE |
| 4/20/2010 | IB | Email with M. Royce re: Amari meeting | 0.10 395.00/hr | 39.50 |
| | IB | Phone call with Robin Andrews re: Salutric 401k | 0.10 395.00/hr | 39.50 |
| 4/21/2010 | IB | Review  and respond to Kopecky email and attached schedules | 0.30 395.00/hr | 118.50 |
| 4/22/2010 | TGB | Prepared materials for opening miscellaneous action in the M.D. Fla. to vest receivership court with jurisdiction over Silver Lake timeshare. | 0.60 310.00/hr | 186.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                     Page      6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2010 | IB | Phone call with R. Andrews re: Amarii notes and Custom Lots funds | 0.30<br>395.00/hr | 118.50 |
| 4/23/2010 | IB | Review information on DVD's form SEC re:Salutric records (2.0); prepare for and attend meeting with Carl Amari, Merle Royce, Mike Maciejewski and T. Banich to discuss Salutric/Amari issues including Triangle Equities , Madison Miracle and Falcon Pictures (2.0) | 4.00<br>395.00/hr | 1,580.00 |
| | TGB | Prepared for and attended meeting with M. Royce, C. Amari, MJM and others (2.0); conferred with I. Bodenstein re potential amendment to order appointing receiver (.2). | 2.20<br>310.00/hr | 682.00 |
| 4/24/2010 | IB | Review Madison Production and Celluloid Distribution records on disks. | 1.00<br>395.00/hr | 395.00 |
| 4/27/2010 | IB | Review Salutric records re: information on Scott Hase | 0.50<br>395.00/hr | 197.50 |
| 4/28/2010 | IB | Conference call with J. Kopecky re: follow-up on pending issues such as Ford Fusion, short sale, TCF bank, promissory notes. | 0.50<br>395.00/hr | 197.50 |
| 5/5/2010 | TGB | Telephone conference with M. Royce re documentary and accounting requests and turnover of Salutric Celluloid distributions (.2); conferred with I. Bodenstein re Amari issues and potential rdiscovery to C. Rizzo (.3). | 0.50<br>310.00/hr | 155.00 |
| | IB | Office conference with T. Banich re: moving forward on Amari discussions and Intrepid/Park Avenue issues | 0.30<br>395.00/hr | 118.50 |
| | IB | Email with J. Kopecky re: TCF funds and Results One issues | 0.10<br>395.00/hr | 39.50 |
| 5/12/2010 | TGB | Telephone conference with M. Royce re C. Amari documents and updated I. Bodenstein re same (.2). | 0.20<br>310.00/hr | 62.00 |
| | IB | Review Tararo documents from R. Andrews | 0.20<br>395.00/hr | 79.00 |
| 5/13/2010 | IB | Revise rider to discovery subpoenas re: Park Avenue, Intepid, Falcon and Madison | 0.20<br>395.00/hr | 79.00 |
| 5/19/2010 | TGB | Met with J. Kopecky and I. Bodenstein and consider issuing subpoena to Results One Financial | 0.30<br>310.00/hr | 93.00 |
| | IB | Meet with J. Kopecky to review mail and discuss dissolution issues. | 0.80<br>395.00/hr | 316.00 |
| 5/25/2010 | IB | Review Intrepid/Park Avenue documents produced by Maciejewski | 0.50<br>395.00/hr | 197.50 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                    Page    7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2010 | TGB | Worked on correspondence to M. Royce re subpoena response and turnover of Celluloid distribution in possession of Falcon and C. Amari and conferred with I. Bodenstein re same (.8); consider document request and 30(b)(6) deposition notice to Results One Financial, CPA, conferred with I. Bodenstein re same and drafted and edited same (1.5). | 2.30 310.00/hr | 713.00 |
| | IB | Review Results Financial documents and discuss areas for 30 (b)(6) subpoena with T. Banich | 0.50 395.00/hr | 197.50 |
| | IB | Review Celluloid documents and discuss substance of demand letter to Carl Amari re: Falcon Pictures funds. | 0.80 395.00/hr | 316.00 |
| 5/28/2010 | TGB | Exchanged correspondence with M. Royce re turnover of Celluloid distribution due from Falcon Pictures and compliance with subpoena (.3); considered potential litigation by Celluloid against Falcon, potential subject-matter jurisdiction issues relating to same, conducted research re same and drafted correspondence to I. Bodenstein re same (.3); continued drafting and editing document requests and 30(b)(6) notice to Results One Financial, telephone conference with I. Bodenstein re same, attended to service of same and drafted correspondence to all counsel re issuance of same (1.5). | 2.90 310.00/hr | 899.00 |
| | IB | Review draft 30b6 subpoena and rider to Results One Financial (.4); discuss revisions with T. Banich (.2). | 0.60 395.00/hr | 237.00 |
| | IB | Email with T. Banich re: Falcon Pictures | 0.20 395.00/hr | 79.00 |
| 5/29/2010 | TGB | Reviewed voice message from M. Maciejewski re turnover of Celluloid distribution due from Falcon (.1); telephone conference with I. Bodenstein re same (.1). | 0.20 310.00/hr | NO CHARGE |
| 6/1/2010 | TGB | Telephone conferences with M. Maciejewski and M. Royce re turnover of Celluloid distribution due from Falcon (.2); exchanged correspondence with M. Royce re same (.1). | 0.30 310.00/hr | 93.00 |
| | IB | Review Results One Financial operating agreement and purchase and sale agreement re: Salutric rights | 1.00 395.00/hr | 395.00 |
| 6/2/2010 | IB | Review and discuss emails with T. Banich re: Celluloid distribution from Falcon Pictures | 0.20 395.00/hr | 79.00 |
| | TGB | Telephone conference with M. Macijewski re Celluloid distribution, subpoenas and related matters (.4); updated I. Bodenstein re same (.1). | 0.50 310.00/hr | 155.00 |
| 6/7/2010 | IB | Email to Robin Andrews re: Celluloid | 0.20 395.00/hr | 79.00 |

Ira Bodenstein, Receiver for Steven W. Salutric

Page    8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2010 | IB | Email and phone call with J. Kopecky re: Zenkich, accounting and meeting | 0.40<br>395.00/hr | 158.00 |
| 6/15/2010 | IB | Review R. Andrews emails re: Celluloid | 0.30<br>395.00/hr | 118.50 |
| 6/16/2010 | IB | Review Salutric records re: George Myers, (.9) and Celluloid/Falcon (1.1); phone call with R. Andrews re: Myers (.1) | 2.10<br>395.00/hr | 829.50 |
| 6/18/2010 | IB | Review George Myers/Celluloid collection issues | 0.30<br>395.00/hr | 118.50 |
| 6/30/2010 | TGB | Drafted correspondence to M. Royce and M. Maciejewski re Celluloid accounting. | 0.10<br>310.00/hr | 31.00 |
| 7/2/2010 | TGB | Reviewed correspondence from M. Maciejewski re Celluloid accounting issues. | 0.10<br>310.00/hr | 31.00 |
| 7/7/2010 | IB | Review Distress for Rent complaint against Results Financial | 0.30<br>395.00/hr | 118.50 |
| | IB | Phone call from Mark Flessner re: response to Results financial 30(b)(6) subpoena(.2);further phone call from Flessner re: production issues (.2) | 0.40<br>395.00/hr | 158.00 |
| 7/12/2010 | IB | Continue review of documents from M. Flessner in response to 30(b)(6) subpoena | 1.10<br>395.00/hr | 434.50 |
| 7/13/2010 | TGB | Followed up with M. Royce re meeting for document collection and accounting. | 0.10<br>310.00/hr | 31.00 |
| 7/14/2010 | TGB | Consider production of documents from M. Maciejewski and M. Royce and drafted correspondence re same. | 0.20<br>310.00/hr | 62.00 |
| 7/15/2010 | TGB | Exchanged correspondence with M. Royce re document-review issues. | 0.10<br>310.00/hr | 31.00 |
| 7/16/2010 | TGB | Telephone conference and exchanged correspondence with M. Royce re SEC document review. | 0.30<br>310.00/hr | 93.00 |
| | IB | Followup on timeshares (.3) and Results CPA (.3). | 0.60<br>395.00/hr | 237.00 |
| 7/19/2010 | TGB | Telephone conference with M. Maciejewski re status of document production. | 0.30<br>310.00/hr | 93.00 |
| 7/20/2010 | TGB | Conferred with I. Bodenstein re Results One document requests. | 0.10<br>310.00/hr | 31.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                                Page      9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2010 | TGB | Followed up with C. Rizzo re Results One Financial document requests. | 0.10 310.00/hr | 31.00 |
| 7/26/2010 | TGB | Exchanged correspondence with R. Andrews re church request for unfrozen assets (.1); reviewed documents produced by M. Maciejewski and drafted correspondence to. I. Bodenstein re same (.5). | 0.60 310.00/hr | 186.00 |
| 7/27/2010 | TGB | Telephone conference with R. Andrews re Results One files in storage and reviewed correspondence re same (.2); updated I. Bodenstein re same (.1). | 0.30 310.00/hr | 93.00 |
| | | SUBTOTAL: | [    69.90 | 25,769.50] |

### ASSET DISPOSITION

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2010 | IB | Discuss method of memorializing interest in Triangle Equities receivership with T. Banich | 0.30 395.00/hr | 118.50 |
| | TGB | Conferred with I. Bodenstein and R. Fogel re proposed stipulation with C. Amari re Ohio receivership dividend (.3); conducted legal research re same (.2); telephone conference with M. Royce re same (.3); reviewed motion to exempt Rotary Club for asset freeze order and order granting same (.1). | 0.90 310.00/hr | 279.00 |
| 3/8/2010 | IB | Review J. Kopecky email re: sale of Ford Fusion and additional information received and reply with counter-proposal | 0.30 395.00/hr | 118.50 |
| | IB | Review proposed dividend agreement with C. Amari (.4); revise draft and discuss with T. Banich(.3). | 0.70 395.00/hr | 276.50 |
| | TGB | Drafted and edited Claim Dividend Agreement to protect Salutric's interest in Amari's claim in Triangle Equities Group receivership and reviewed proof of claim documents to prepare same (3.5); conferred with I. Bodenstein and R. Fogel re same (.2); drafted correspondence to M. Royce re draft agreement (.2). | 3.90 310.00/hr | 1,209.00 |
| 3/9/2010 | TGB | Conferred with I. Bodenstein re protective proof of claim in TEG receivership and reviewed draft of same (.2); followed up with M. Royce re same and drafted correspondence to M. Royce re same (.2); exchanged correspondence with M. Royce re claim dividend agreement and conferred with R. Fogel re same (.3). | 0.70 310.00/hr | 217.00 |
| | IB | Prepare Protective Proof of Claim to file with Triangle Equities Receiver and discuss with T. Banich and R. Fogel before sending | 1.30 395.00/hr | 513.50 |
| 3/10/2010 | IB | Phone call with T. Banich and M. Royce re: Amari dividend agreement (.2) and discuss form of revisions with T. Banich. (.1). | 0.30 395.00/hr | 118.50 |

Ira Bodenstein, Receiver for Steven W. Salutric                                        Page    10

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2010 | TGB | Conference call with M. Royce and I. Bodenstein re edits to Stock Dividend Agreement (.2); edited Stock Dividend Agreement per same (.2). | 0.40 310.00/hr | 124.00 |
| 3/11/2010 | TGB | Continued editing Claim Dividend Agreement and conferred with I. Bodenstein re same. | 1.50 310.00/hr | 465.00 |
| 3/12/2010 | IB | Review Royce and Kopecky emails re: Upton judgment (.2); review and approve revised form of Amari dividend agreement to send to Merle Royce (.3). | 0.50 395.00/hr | 197.50 |
| | TGB | Reviewed T. Upton's judgments against Amari and Salutric (.2); edited Claim Dividend Agreement to incorporate same and M. Royce comments and conferred with I. Bodenstein re same (1.3); drafted and reviewed correspondence re same (.2). | 1.70 310.00/hr | 527.00 |
| 3/17/2010 | TGB | Telephone conference with M. Royce re Claim Dividend Agreement and new litigation against Salutric and Amari (.3); conferred with I. Bodenstein re same (.2). | 0.50 310.00/hr | 155.00 |
| | IB | Review new complaint against Salutric/Amari and email to J. Kopecky for information on that and other open issues | 0.60 395.00/hr | 237.00 |
| 3/18/2010 | TGB | Telephone conference with M. Royce re new Lake County civil action against Salutric and Amari and potential effects on Claim Divided Agreement (.2); telephone conference with I. Bodenstein re same (.1). | 0.30 310.00/hr | 93.00 |
| 3/19/2010 | TGB | Reviewed correspondence from M. Royce re new proposal between Salutric and Amari and drafted/reviewed correspondence with I. Bodenstein re same. | 0.20 310.00/hr | 62.00 |
| | IB | Review Merle Royce emails re: Amari issues | 0.20 395.00/hr | 79.00 |
| | | SUBTOTAL: | [    14.30 | 4,790.00] |

CASE ADMINISTRATION

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2010 | IB | Review proposed Order appointing receiver in Salutric | 0.40 395.00/hr | NO CHARGE |
| 2/3/2010 | IB | Court appearance on Salutric motions re: appointment of receiver and Results One leave to dissolve (1.3);phone call from J. Kopecky (Salutric lawyer) re: receiver motion (.2). | 1.50 395.00/hr | NO CHARGE |
| 2/4/2010 | IB | Review Salutric alternative Receiver and Receiver order filing | 0.50 395.00/hr | NO CHARGE |

Ira Bodenstein, Receiver for Steven W. Salutric                                                                    Page    11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2010 | IB | Phone call with R. Andrews re: Salutirc response to Receiver motion | 0.20 395.00/hr | NO CHARGE |
| | IB | Review SEC filing supporting Receiver nomination and order. | 0.30 395.00/hr | NO CHARGE |
| 2/8/2010 | TGB | Reviewed order appointing I. Bodenstein as receiver and conferred with I. Bodenstein re same. | 0.30 310.00/hr | 93.00 |
| 2/9/2010 | TGB | Reviewed docket, collected substantive pleadings and orders and reviewed same (2.0); conferred with I. Bodenstein and R. Fogel re background, status and strategies (.80); collected pertinent material from prior receiverships, and distributed and summarized same (.5); conducted legal research re receiver standing (.3) | 3.60 310.00/hr | 1,116.00 |
| | RF | Review complaint, pleadings and appointment order (.5)  Meeting with IB and TB regarding preliminary action plan (.8) | 1.30 360.00/hr | 468.00 |
| | IB | Meet with T. Banich and R. Fogel re: initial steps to comply with Receiver order (.8); review pleadings on file re: factual background (.8). | 1.60 395.00/hr | 632.00 |
| | IB | Prepare letter to SEC requesting access to records. | 0.20 395.00/hr | 79.00 |
| 2/11/2010 | RF | Prepare draft of receiver's plan of activities and budget | 0.60 360.00/hr | 216.00 |
| | TGB | Reviewed, drafted and edited Receiver's initial plan and budget (1.5); conferred with I. Bodenstein re documents received and planned meetings for week of February 15 (.5). | 2.00 310.00/hr | 620.00 |
| | IB | Meet with T. Banich to discuss re: proposed plan per Receiver order | 0.20 395.00/hr | 79.00 |
| 2/12/2010 | TGB | Continued drafting and editing Receiver's preliminary plan and budget estimate (.5); drafted and edited memorandum re February 10 meeting with J. Kopecky (1.5); telephone conference with J. Kopecky re Ohio receivership action (.3); telephone conference with I. Bodenstein re status of receiver tasks (.2) | 2.50 310.00/hr | 775.00 |
| 2/13/2010 | IB | Review proposed plan and budget from T. Banich | 1.00 395.00/hr | 395.00 |
| 2/15/2010 | IB | Revise T. Banich draft of Receiver's Plan and Budget. | 0.50 395.00/hr | 197.50 |
| 2/16/2010 | IB | Phone call with D. Leventhal re: meeting to discuss dissolution of Results One CPA. | 0.20 395.00/hr | 79.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                              Page    12

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2010 | RF | Attend meeting at SEC offices with client regarding action plan and cooperative investigation | 0.70 360.00/hr | 252.00 |
| | IB | Phone call from C. Weller (Schwab atty) re: Results One dissolution | 0.20 395.00/hr | 79.00 |
| | TGB | Drafted and reviewed correspondence re February 16 meeting with SEC. | 0.20 310.00/hr | 62.00 |
| | IB | Revise and finalize Receiver's plan before filing | 0.40 395.00/hr | 158.00 |
| | IB | Meet with R. Andrews, CJ Kerstetter and R. Fogel re: allocation of resources | 0.70 395.00/hr | 276.50 |
| | IB | Phone call with Bill Bazianos re: file retention | 0.10 395.00/hr | 39.50 |
| 2/17/2010 | TGB | Made final edits to Receiver's preliminary plan and budget, filed same and drafted correspondence to Judge Dow re same per Local Rule 5.2(f). | 0.30 310.00/hr | 93.00 |
| | IB | Review Results One Financial documentation re: meeting with B. Bazianos | 1.00 395.00/hr | 395.00 |
| | IB | Review emails from D. Novotny re: Results One CPA files and phone call with D. Novotny to discuss. | 0.30 395.00/hr | 118.50 |
| | IB | Email from C. Weller (Schwab atty) re: their issues with Results One dissolution | 0.20 395.00/hr | 79.00 |
| | TGB | Reviewed correspondence re Results One dissolution issues (.1); conferred with I. Bodenstein re February 19 inspection of Salutric's office (.4). | 0.50 310.00/hr | 155.00 |
| 2/18/2010 | IB | Prepare for meeting with W. Bazianos re: Results One Financial (.7); telephone conference with Bazianos (.6); email to Bazianos recapping phone meeting (.3). | 1.60 395.00/hr | 632.00 |
| 2/19/2010 | IB | Email to Robin Andrews summarizing document review  at Results Financial | 0.20 395.00/hr | 79.00 |
| | IB | Email to Bill Bazianos re: Results Financial documents | 0.10 395.00/hr | 39.50 |
| | IB | Review Leventhal letter re:Authority to discuss matters with Shepley and Kenyon | 0.20 395.00/hr | 79.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                        Page     13

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/19/2010 | IB | Travel to Results One office in Elmhurst (970 N. Oaklawn Ave); meet with D. Shepley, D. Kenyon,J. Kopecky to review documents; sort through boxes/mail for items returned to Salutric's attorney Kopecky and box up computer, and files to bring back to office | 5.00<br>395.00/hr | 1,975.00 |
| | TGB | Traveled to and from Elmhurst to attend inspection of Salutric's office at Results One (1.5); examined Salutric's files at Results One and conferred with I. Bodenstein and others re same (3.5). | 5.00<br>310.00/hr | 1,550.00 |
| 2/22/2010 | IB | Phone call from R. Andrews re: document review/inspection | 0.10<br>395.00/hr | 39.50 |
| | IB | Prepare for and meet with T. Banich and R. Fogel re: review current information received and assign projects | 1.00<br>395.00/hr | 395.00 |
| | IB | Phone call with R. Potts, attorney for landlord re: Receiver order and access to Results One premises | 0.20<br>395.00/hr | 79.00 |
| | TGB | Met with I. Bodenstein and R. Fogel re status, tasks and open issues. | 1.00<br>310.00/hr | 310.00 |
| 2/23/2010 | IB | Phone call with L. Kurdna re: records of Results One Mortgage | 0.20<br>395.00/hr | 79.00 |
| | IB | Review Salutric filing on scope of asset freeze | 0.40<br>395.00/hr | 158.00 |
| | IB | Phone calls with B. Bazianos and CJ Kerstetter to arrange records inspection on 2/25 | 0.20<br>395.00/hr | 79.00 |
| | IB | Phone call and email to D. Shepley re: records of Results One Financial and CPA and records inspection on 2/25 | 0.20<br>395.00/hr | 79.00 |
| | TGB | Telephone conference with R. Fogel re P. Salutric issues. | 0.10<br>310.00/hr | NO CHARGE |
| 2/24/2010 | IB | Review documents of Results Financial produced by B. Bazianos today. | 0.40<br>395.00/hr | 158.00 |
| | IB | Phone call from Jennifer Fisher re: pending actions against Salutric | 0.10<br>395.00/hr | 39.50 |
| 2/25/2010 | IB | Meet R. Andrews and CJ Kerstetter at Results One in Elmhurst for additional document review and meet with L. Kurdrna for interview about Results Mortgage while onsite. | 4.00<br>395.00/hr | 1,580.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                    Page     14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2010 | TGB | Conferred with I. Bodenstein re seizure of Results One Financial records pertaining to Salutric in Oak Brook storage facility (.2); continued drafting and editing memorandum summarizing February 10 background meeting with J. Kopecky (2.0). | 2.20 310.00/hr | 682.00 |
| 3/1/2010 | IB | Attend to issues on freeze of Rotary Club accounts including review of information from SEC. | 0.10 395.00/hr | 39.50 |
| | IB | Review SEC reply on scope of asset freeze | 0.30 395.00/hr | 118.50 |
| | TGB | Conferred with I. Bodenstein re seizure of Results One Financial documents. | 0.30 310.00/hr | 93.00 |
| 3/2/2010 | IB | Phone call with L. Kurdna re; production of documents by Results One Mortgage. | 0.10 395.00/hr | 39.50 |
| | TGB | Conferred with I. Bodenstein re results of March 2 hearing. | 0.20 310.00/hr | NO CHARGE |
| | IB | Review Charles Schwab letter to Results One Financial re; dissolution | 0.10 395.00/hr | 39.50 |
| | IB | Court appearance on status hearing | 0.50 395.00/hr | 197.50 |
| 3/3/2010 | IB | Phone calls with R. Andrews re: Results One Financial document production and Carl Amari document production (.2) Review list of requested Results One Financial files and email W. Bazianos re: additional files/ binders to segregate (.3) | 0.50 395.00/hr | 197.50 |
| 3/5/2010 | IB | Review SEC Motion/Order/email re: unfreezing Rotary Club accounts | 0.20 395.00/hr | 79.00 |
| | IB | Phone call with D. Baugh re:Results One Financial records | 0.30 395.00/hr | 118.50 |
| 3/8/2010 | IB | Phone call from C. Weller (Charles Schwab) re: dissolution of Results One Financial | 0.10 395.00/hr | 39.50 |
| 3/11/2010 | IB | Phone call from R. Andrews re: Meyers Motors interview and Results One Financial documents. | 0.20 395.00/hr | 79.00 |
| 3/14/2010 | TGB | Reviewed correspondence from allegedly defrauded Salutric customer. | 0.10 310.00/hr | 31.00 |
| 3/15/2010 | IB | Email with Dennis Rioux re: funds loaned to St. Andrews | 0.10 395.00/hr | 39.50 |

Ira Bodenstein, Receiver for Steven W. Salutric                                          Page    15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/2010 | IB | Phone call with P. Scheurlein re: funds loaned to and funds loaned from St. Andrews building find account by Salutric | 0.30 395.00/hr | 118.50 |
| | IB | Review Salutric and SEC proposed partial final judgment orders submitted | 0.40 395.00/hr | 158.00 |
| | IB | Review tax return information form D Shepley at Results One CPA re: Intrepid, Park Ave. CPA and Financial | 1.00 395.00/hr | 395.00 |
| 3/17/2010 | IB | Phone call from R. Jewel re: appointment to image Salutric computer | 0.10 395.00/hr | NO CHARGE |
| 3/18/2010 | IB | Review Hase complaint against Salutric and Amari | 0.40 395.00/hr | 158.00 |
| | IB | Meet with R. Jewel re: appointment to image Salutric hard drive | 0.50 395.00/hr | 197.50 |
| 3/19/2010 | IB | Review files on Salutric computer | 1.00 395.00/hr | 395.00 |
| 3/23/2010 | IB | Phone call from Bretl/Hase atty Jennifer Fisher re: receivership questions (.2); review Bretl complaint (.2). | 0.40 395.00/hr | 158.00 |
| | IB | Review EIN requirements and need for receivership accounts. | 0.40 395.00/hr | NO CHARGE |
| | IB | Phone call from Zenkich atty Charles Curtis re: receivership questions | 0.20 395.00/hr | 79.00 |
| 3/24/2010 | IB | Review materials re: stay of 3rd party actions in receiverships. | 0.50 395.00/hr | 197.50 |
| | IB | Phone call with R. Andrews re; records issues and stay of 3rd party actions. | 0.30 395.00/hr | 118.50 |
| | TGB | Conferred with I. Bodenstein re motion to stay litigation against Salutric. | 0.20 310.00/hr | 62.00 |
| 3/25/2010 | IB | Discuss basis for motion to enforce stay of actions with T. Banich | 0.30 395.00/hr | 118.50 |
| | TGB | Telephone conference with M. Royce re potential interview of C. Amari and conferred with I. Bodenstein re same (.3); drafted, edited and researched motion to stay litigation against Salutric (2.5). | 2.80 310.00/hr | 868.00 |
| 3/26/2010 | TGB | Continued working on motion to stay litigation against Salutric and conferred with I. Bodenstein re same. | 4.00 310.00/hr | 1,240.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                    Page    16

|            |      |                                                                                                                                                                                                                                      | Hrs/Rate          | Amount      |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 3/28/2010  | IB   | Revise T.Banich draft of Receiver's Stay Motion.                                                                                                                                                                                     | 0.90<br>395.00/hr | 355.50      |
| 3/29/2010  | IB   | Attend to EIN number issue with the IRS.                                                                                                                                                                                             | 0.30<br>395.00/hr | NO CHARGE   |
|            | TGB  | Edited motion to stay litigation against Salutric per I. Bodenstein comments (.4); conferred with R. Fogel re same (.1); drafted and edited proposed order granting motion to stay and conferred with I. Bodenstein re same (1.5).      | 2.00<br>310.00/hr | 620.00      |
| 3/30/2010  | IB   | Review revised draft of proposed stay motion and order (.4); review changes in phone call with T. Banich (.2).                                                                                                                        | 0.60<br>395.00/hr | 237.00      |
|            | TGB  | Telephone conference with I. Bodenstein re edits to proposed order staying enforcement actions (.2); continued drafting and editing proposed order per I. Bodenstein's edits and drafted correspondence to J. Kopecky re same (1.1); telephone conference with D. Angelini re Supreme Auto lawsuit and drafted correspondence to D. Angelini re same (.2). | 1.50<br>310.00/hr | 465.00      |
| 4/1/2010   | IB   | Discuss finalization and filing of stay motion with T. Banich.                                                                                                                                                                       | 0.10<br>395.00/hr | 39.50       |
|            | IB   | Prepare Receiver's first report of acts and transactions                                                                                                                                                                             | 3.50<br>395.00/hr | 1,382.50    |
|            | TGB  | Finalized, filed and served motion to stay lawsuits against Salutric and drafted correspondence to Court re same pursuant to LR 5.2(f).                                                                                               | 1.50<br>310.00/hr | 465.00      |
| 4/2/2010   | TGB  | Telephone conference with clerk to Judge Dow re notice of motion.                                                                                                                                                                    | 0.20<br>310.00/hr | NO CHARGE   |
| 4/5/2010   | IB   | Revise draft of Receiver's First Report.                                                                                                                                                                                             | 0.70<br>395.00/hr | 276.50      |
|            | IB   | Continue drafting Receiver's First Report of Acts and Transactions                                                                                                                                                                   | 3.00<br>395.00/hr | 1,185.00    |
|            | BT   | **Daley Ctr:** Delivered a courtesy copy to Judge Dow chamber's.                                                                                                                                                                     | 0.10<br>75.00/hr  | NO CHARGE   |
|            | TGB  | Filed and served amended notice of motion to stay litigation and telephone conference with I. Bodenstein re same (.2); drafted correspondence to Judge Dow re same per LR 5.2(f) (.1).                                                 | 0.30<br>310.00/hr | 93.00       |
| 4/6/2010   | IB   | Phone call with Adam Kingsley re: Receiver's motion for stay.                                                                                                                                                                        | 0.30<br>395.00/hr | 118.50      |

Ira Bodenstein, Receiver for Steven W. Salutric                                                    Page    17

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2010 | TGB | Conference call with I. Bodenstein and counsel for T. Upton re motion to stay (.5); reviewed and edited receiver's first status report (.5). | 1.00<br>310.00/hr | 310.00 |
| | IB | Revise draft of Receiver's report of acts and transactions | 0.50<br>395.00/hr | 197.50 |
| 4/7/2010 | BT | **Daley Ctr:** Delivered courtesy copy to Judge Dow. | 0.10<br>75.00/hr | NO CHARGE |
| | TGB | Continued editing receiver's first report of acts and transactions and conferred with I. Bodenstein re same (1.4); reviewed D'Aversa complaint & judgment, drafted correspondence to counsel for plaintiff re motion to stay and drafted and filed supplemental certificate of service (.7). | 2.10<br>310.00/hr | 651.00 |
| 4/8/2010 | IB | Finalize and file Receiver's First Report of Acts and Transactions | 1.00<br>395.00/hr | 395.00 |
| | IB | Phone call with S. Levin and T. Banich re: Receiver's motion to stay | 0.20<br>395.00/hr | 79.00 |
| | TGB | Reviewed final first report of receiver's acts and transactions (.2); reviewed and drafted correspondence re Silver Lake property potential dispute, served stay motion on counsel for Silver Lake, prepared and filed second supplemental certificate of service and conferred with I. Bodenstein re same (.7); multiple telephone conferences with S. Levin re stay motion (.8). | 1.70<br>310.00/hr | 527.00 |
| | BT | Federal Ctr: Delivered a courtesy copy to the Judge's chamber. | 0.10<br>75.00/hr | NO CHARGE |
| 4/9/2010 | IB | Phone call with S. Verick re: claim of Lucia Leck | 0.20<br>395.00/hr | 79.00 |
| 4/12/2010 | IB | Meet with J. Kopecky, S. Salurtric re: Review Salutric computer files | 0.90<br>395.00/hr | 355.50 |
| | TGB | Met with S. Salutric and J. Kopecky re computer issues and financial disclosure (.8); prepared for hearing on motion to stay litigation and prepared outline for same (2.1). | 2.90<br>310.00/hr | 899.00 |
| | IB | Prepare for Receiver's stay motion | 0.30<br>395.00/hr | 118.50 |
| 4/13/2010 | TGB | Continued preparing for hearing on motion to stay and conferred with I. Bodenstein re same (1.0); appeared in court to present motion to stay and conferred with counsel re same (1.7); drafted, edited proposed order staying execution of judgments against Salutric, | 3.80<br>310.00/hr | 1,178.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                              Page    18

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | conferred with I. Bodenstein re same and submitted same to court (1.1); reviewed authority provided by J. Kopecky re All Writs Act (.6). | | |
| 4/13/2010 | IB | Review J. Kopecky email re: All Writs case | 0.40 395.00/hr | 158.00 |
| | IB | Revise draft order submitted on Stay motion | 0.30 395.00/hr | 118.50 |
| | IB | Prepare for and attend hearing on Receiver's Stay Motion | 2.00 395.00/hr | 790.00 |
| 4/16/2010 | IB | Phone call from John Wiley re: collection actions against Salutric | 0.20 395.00/hr | 79.00 |
| | TGB | Telephone conference with MJM re stay order and pending litigation against Salutric. | 0.20 310.00/hr | 62.00 |
| 4/20/2010 | IB | Email with J. Wylie re: Salutric lawsuits | 0.10 395.00/hr | 39.50 |
| | IB | Review prior Receiver orders re: suggested language for amended Salutric order | 0.30 395.00/hr | 118.50 |
| 4/21/2010 | TGB | Reviewed correspondence from MJM (.1); reviewed motion for order of contempt against the Salutrics (.2). | 0.30 310.00/hr | 93.00 |
| | IB | Review SEC civil contempt motion | 0.30 395.00/hr | 118.50 |
| 4/22/2010 | BT | **Daley Ctr:** At Ira's request, picked up an envelope. | 0.10 75.00/hr | NO CHARGE |
| | IB | Review Salutric contempt order | 0.20 395.00/hr | 79.00 |
| 4/23/2010 | IB | Review appropriate language for amended Receiver's order to address stay issues | 0.40 395.00/hr | 158.00 |
| | IB | Phone call from David Chittendon re: Results One CPA verified complaint and Receiver's stay request. | 0.20 395.00/hr | 79.00 |
| 4/26/2010 | IB | Review Bargher email and Results One CPA dissolution complaint re; proposal on Receiver's stay motion (.3); discuss with T. Banich (.1) and phone call with C. Bargher (.1). | 0.50 395.00/hr | 197.50 |
| | TGB | Drafted and edited proposed amendment to order appointing receiver to address issues raised by counsel re stay issues (1.5); conferred with I. Bodenstein re same and drafted correspondence to affected | 2.40 310.00/hr | 744.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                                                  Page      19

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                        | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|            |     | counsel re same (.6); considered Celluloid documents and potential assets reflected therein (.3).                                                                                                                                                                                                                                                                                                       |          |        |
| 4/26/2010  | IB  | Review draft of proposed order to resolve receiver's stay motion and discuss comments with T. Banich                                                                                                                                                                                                                                                                                                    | 0.50 395.00/hr | 197.50 |
| 4/27/2010  | TGB | Prepared for hearing on stay motion (.5); attended hearing on stay motion and conferred with counsel re same (1.5); telephone conference with D. Angelini re draft order (.1).                                                                                                                                                                                                                           | 2.10 310.00/hr | 651.00 |
|            | IB  | Prepare for hearing on Receiver's stay motion (.7); court appearance on Receiver's stay motion (1.5)                                                                                                                                                                                                                                                                                                     | 2.20 395.00/hr | 869.00 |
| 4/28/2010  | IB  | Email to J. Kopecky to confirm discussion of open issues.                                                                                                                                                                                                                                                                                                                                               | 0.30 395.00/hr | 118.50 |
|            | TGB | Reviewed Results One objection to motion to stay, conducted legal research re potential solutions to objections under LLC Act and conferred with I. Bodenstein re same (1.5); drafted correspondence to judge presiding over M.I.C., Inc. litigation against Salutric re entry of stay order (.2); telephone conference with C. Barger re potential solutions to dissolution-related objections under LLC Act (.3). | 2.00 310.00/hr | 620.00 |
|            | IB  | Review and analyze Results CPA response to Receiver's stay motion (.8) discuss with T. Banich (.3); phone call with D. Leventhal re:potential resolution (.3).                                                                                                                                                                                                                                           | 1.40 395.00/hr | 553.00 |
| 5/3/2010   | TGB | Considered waiver-of-service request from plaintiffs in Results One dissolution proceeding (.1); consider turnover of funds from Amari/Celluloid (.1).                                                                                                                                                                                                                                                   | 0.20 310.00/hr | 62.00  |
| 5/5/2010   | TGB | Telephone conference with C. Bargher re LLC dissolution and potential stipulation with receiver re same to resolve stay order (.2); reviewed correspondence from counsel for MIC, Inc. (P. Greviskes) re MIC v. Salutric litigation (.1); telephone conference with P. Greviskes re stay order, claim-resolution issues and related matters (.5); telephone conference with S. Levin re issues pertaining to S. Hase and C. Amari (.4). | 1.20 310.00/hr | 372.00 |
| 5/9/2010   | IB  | Review accumulated Salutric mail                                                                                                                                                                                                                                                                                                                                                                        | 0.80 395.00/hr | 316.00 |
| 5/10/2010  | IB  | Review proposed Results One CPA stipulation drafted by Terry Banich.                                                                                                                                                                                                                                                                                                                                    | 0.30 395.00/hr | 118.50 |
|            | TGB | Drafted and edited stipulation for Results One dissolution action (1.2); exchanged correspondence with C. Bargher re same (.1).                                                                                                                                                                                                                                                                         | 1.30 310.00/hr | 403.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                    Page    20

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2010 | TGB | Drafted correspondence to C. Bargher re proposed stipulation and need to file status report with court re same (.1); telephone conference with C. Bargher re same (.2); updated I. Bodenstein re same (.1); drafted and edited status report re stay motion (.8). | 1.20<br>310.00/hr | 372.00 |
| | IB | Revise draft of Report to court on status of Results CPA discussions on stay motion and discuss with T. Banich | 0.30<br>395.00/hr | 118.50 |
| 5/13/2010 | IB | Phone call from Bof A representative re: Salutric credit card account. | 0.10<br>395.00/hr | 39.50 |
| 5/14/2010 | TGB | Attended to service of third-party subpoenas and telephone conference with I. Bodenstein re same. | 0.30<br>310.00/hr | NO CHARGE |
| | BT | Bankruptcy Ctr: Delivered a courtesy copy to the judge's chamber. | 0.10<br>75.00/hr | NO CHARGE |
| | IB | Review revised proposed stay order (.2); discuss subpoenas with T. Banich (.1);phone call with J. Kopecky re: dissolution issues(.1). | 0.40<br>395.00/hr | 158.00 |
| 5/17/2010 | IB | Court appearance on status of receiver's stay motion | 1.00<br>395.00/hr | 395.00 |
| | TGB | Prepared for hearing on motion to stay (.2); attended hearing on motion to stay and conferred with counsel re same (1.0). | 1.20<br>310.00/hr | 372.00 |
| 5/27/2010 | TGB | Exchanged correspondence with C. Bargher re status of Shepley agreed motion and executed stipulation for same (.3). | 0.30<br>310.00/hr | 93.00 |
| | IB | Review revised stipulation and other documents re: agreement with Results One CPA | 0.40<br>395.00/hr | 158.00 |
| | IB | Phone call from Charles Curtis re: Zenkich family trust mortgage | 0.20<br>395.00/hr | 79.00 |
| 6/2/2010 | IB | Review amended dissolution complaint filed by Results One CPA | 0.30<br>395.00/hr | 118.50 |
| | IB | Review C. Curtis email re: Zenkich  Family Partnership loan | 0.30<br>395.00/hr | 118.50 |
| 6/3/2010 | IB | Review disks from SEC received today | 0.40<br>395.00/hr | 158.00 |
| | IB | Review C. Curtis email re: handwritten notes of Salutric | 0.30<br>395.00/hr | 118.50 |

Ira Bodenstein, Receiver for Steven W. Salutric        Page   21

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2010 | IB | Phone call with Chuck Watkins re: his client Bill Weiss and dealings with Salutric | 0.50<br>395.00/hr | 197.50 |
| 6/4/2010 | IB | Further review of Zenich documents | 0.50<br>395.00/hr | 197.50 |
| | IB | Phone call with Chuck Watkins re: what he found out from Results One. | 0.40<br>395.00/hr | 158.00 |
| | IB | Review Salutric records re: Weiss and Zenich family partnership | 1.30<br>395.00/hr | 513.50 |
| | IB | Phone call with Robin Andrews and CJ Kerstetter re: coordination of efforts | 0.20<br>395.00/hr | 79.00 |
| 6/7/2010 | IB | Email to Chuck Watkins re: Results One Financial | 0.20<br>395.00/hr | 79.00 |
| | TGB | Reviewed letter from S. Levin re Hase litigation and application of stay to same and conferred with I. Bodenstein re same (.2); telephone conference with C. Bargher re status of stipulation and agreed motion (.1); conferred with I. Bodenstein re same (.1). | 0.40<br>310.00/hr | 124.00 |
| 6/8/2010 | TGB | Conferred with I. Bodenstein re dissolution action and motion to stay issues (.2); several telephone conferences with C. Bargher re same (.3). | 0.50<br>310.00/hr | 155.00 |
| | IB | Meet with T. Banich re; Results One CPA issues | 0.30<br>395.00/hr | 118.50 |
| 6/9/2010 | TGB | Reviewed proposed order granting motion to stay as edited by C. Bargher and exchanged correspondence with I. Bodenstein re same (.2); edited same and multiple telephone conferences with C. Bargher re same (.7); conferred with I. Bodenstein re potential expansion of scope of receivership and pending discovery issues (.3); drafted, edited and filed receiver's second status report re motion to stay and proposed order (1.1). | 2.30<br>310.00/hr | 713.00 |
| | IB | Review and revise second status report draft on Receiver's stay motion (.2); review Results CPA form of proposed order (.2);discuss with T. Banich (.1). | 0.50<br>395.00/hr | 197.50 |
| | IB | Prepare for and meet with R. Andrews and CJ Kerstetter re: current direction of case. | 2.00<br>395.00/hr | 790.00 |
| 6/11/2010 | TGB | Conferred with I. Bodenstein re meeting with SEC and the "Salutric enterprise." | 0.20<br>310.00/hr | 62.00 |

Ira Bodenstein, Receiver for Steven W. Salutric                                              Page    22

|            |     |                                                                              | Hrs/Rate        | Amount  |
|------------|-----|------------------------------------------------------------------------------|-----------------|---------|
| 6/16/2010  | IB  | Phone call with Chuck Watkins re: Weiss transfers Results One CPA             | 0.20 395.00/hr  | 79.00   |
| 6/17/2010  | TGB | Conferred with I. Bodenstein re second status report re acts and transactions. | 0.20 310.00/hr  | 62.00   |
|            | IB  | Review Hase Objection to Results CPA proposed stay order                      | 0.20 395.00/hr  | 79.00   |
|            | IB  | Phone call from Chuck Curtis re: Zenkich                                      | 0.30 395.00/hr  | 118.50  |
|            | IB  | Prepare for meeting at SEC tomorrow with J. Kopecky, R. Andrews and CJ Kerstetter | 1.00 395.00/hr  | 395.00  |
|            | IB  | Phone call with J. Kopecky re: meeting at SEC tomorrow                        | 0.20 395.00/hr  | 79.00   |
| 6/18/2010  | TGB | Telephone conferences with tasks and potential expansion of receivership.    | 0.30 310.00/hr  | 93.00   |
|            | IB  | Phone call from Mark Flessner re: his retention by Results One Financial      | 0.20 395.00/hr  | 79.00   |
|            | IB  | Meeting at SEC with J. Kopecky, R. Andrews and CJ Kerstetter re: investor claims | 1.50 395.00/hr  | 592.50  |
| 6/21/2010  | IB  | Review Results One CPA Sur-Reply to Receiver's stay motion                    | 0.30 395.00/hr  | 118.50  |
|            | IB  | Letter to Paul Meegan in response to inquiry letter.                          | 0.20 395.00/hr  | 79.00   |
| 6/23/2010  | IB  | Phone call from G. Weems (atty for R. Gienko) re: status of Salutric case.    | 0.10 395.00/hr  | 39.50   |
| 7/6/2010   | IB  | Draft receivers second report                                                | 1.50 395.00/hr  | 592.50  |
| 7/7/2010   | TGB | Reviewed and edited receiver's second report of acts and transactions.       | 0.50 310.00/hr  | 155.00  |
|            | IB  | Finalize and file Receiver's second report                                   | 1.00 395.00/hr  | 395.00  |
|            | IB  | Complete draft of receiver's second report (1.5); revise drafts of second report (1.0) | 2.50 395.00/hr  | 987.50  |

Ira Bodenstein, Receiver for Steven W. Salutric                                          Page    23

|            |     |                                                                                                                                                              | Hrs/Rate          | Amount      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 7/9/2010   | TGB | Consider Results One Financial's production in response to receiver's subpoena.                                                                              | 0.20 310.00/hr    | 62.00       |
|            | IB  | Begiin review of documents produced by Results One Financial in response to Rule 30(b)(6) subpoena                                                          | 0.80 395.00/hr    | 316.00      |
|            | BT  | **Dist. Ctr:** Delivered courtesy copy to Judge Dow.                                                                                                        | 0.10 75.00/hr     | NO CHARGE   |
| 7/14/2010  | IB  | Prepare for and court appearance on status call before Judge Dow.                                                                                           | 1.20 395.00/hr    | 474.00      |
| 7/19/2010  | IB  | Review Shepley email re: Results CPA equipment disposal                                                                                                     | 0.20 395.00/hr    | 79.00       |
| 7/21/2010  | IB  | Phone call with J. Sulkson at Dept of Labor re: letter requesting documents                                                                                | 0.20 395.00/hr    | 79.00       |
| 7/23/2010  | TGB | Followed up with C. Rizzo re Results One Financial document requests.                                                                                       | 0.10 310.00/hr    | 31.00       |
| 7/30/2010  | IB  | Begin review of additional document production from Results Financial (4); phone call from M. Flessner re; Results Financial issues re: collection of accounts; distress for rent (.3). | 0.30 395.00/hr    | 118.50      |
|            | IB  | Emails with R. Andrews, P. Scheurlein re: unfreezing church funds                                                                                          | 0.20 395.00/hr    | 79.00       |
|            |     | SUBTOTAL:                                                                                                                                                   | [    139.20       | 47,872.00]  |
|            |     | EMPLOYEE BENEFITS/PENSIONS                                                                                                                                  |                   |             |
| 7/6/2010   | IB  | Phone call from Joe Sulkson at Dept of Labor re: pension investigation of Results Financial                                                                 | 0.20 395.00/hr    | 79.00       |
|            |     | SUBTOTAL:                                                                                                                                                   | [    0.20         | 79.00]      |
|            |     | LITIGATION AND STAY                                                                                                                                         |                   |             |
| 4/15/2010  | TGB | Reviewed orders granting motion to sell asset and staying execution of judgments against Salutric (.1); attended to serving copies of stay order on judicial officers and counsel involved in cases pending against Salutric (1.5). | 1.60 310.00/hr    | NO CHARGE   |
| 7/2/2010   | IB  | Email with T. Banich re: Scott Levin request                                                                                                               | 0.10 395.00/hr    | 39.50       |

Ira Bodenstein, Receiver for Steven W. Salutric                                          Page    24

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2010 | IB | Review Flessner emails to Results Financial partners re: landlord distress for rent lawsuit (.4) and review statute 735 5/9-300 (.4). | 0.80 395.00/hr | 316.00 |
| 7/13/2010 | TGB | Conferred with I. Bodenstein re July 14 hearing on stay and injunction. | 0.20 310.00/hr | 62.00 |
| 7/14/2010 | TGB | Considered results of hearing on stay motion and competing orders, and service of stay order on state courts. | 0.20 310.00/hr | 62.00 |
| 7/19/2010 | IB | Review Maciejewski settlement proposal and complaint against Results CPA | 0.40 395.00/hr | 158.00 |
| | IB | Review Amended Order Appointing Receiver re: stay language (.3); letters used to send to counsel/judges(.2). | 0.50 395.00/hr | 197.50 |
| | TGB | Reviewed entered supplemental order appointing receiver (.1); file same in M.D. Fla. to preserve jurisdiction over receivership-estate property (.3); drafted and edited correspondence to various judges presiding over cases against Salutric re entry of supplemental order appointing receiver and stay (.8). | 1.20 310.00/hr | 372.00 |

SUBTOTAL:                                                                          [    5.00        1,207.00]

For professional services rendered                                                              $79,717.50

Additional Charges :

| | | |
|---|---|---|
| 2/9/2010 | Legal Research - (TBG) | 15.95 |
| 2/19/2010 | Travel - Mileage to Elmhurst to Results One.  (TGB) | 10.90 |
| | Travel - Mileage from Elmhurst/ Results One to home.  (TGB) | 10.90 |
| 2/25/2010 | Travel - Mileage to 970 N. Oaklawn, Elmhurst IL. for document review.  (IXB) | 21.00 |
| | Travel - Parking - Elmhurst/ Results One.  (TGB) | 14.00 |
| | Travel - Parking - Elmhurst/ Results One.  (TGB) | 10.00 |
| 3/8/2010 | Legal Research - Amari Stipulation (TGB) | 17.72 |
| 3/9/2010 | Federal Express to Brenda K Bowers/Frederick L. Ransier/Columbus OH  (IXB) | 17.59 |
| 3/31/2010 | Pacer Online Docket Charges - Motion to Stay; Stay Enforcement Action  (TGB) | 41.44 |
| 4/1/2010 | Federal Express to Richard S. Mittelman/O'Donnell Law Firm/Vernon Hills IL | 12.80 |
| | Federal Express to Scott M. Levin/Howare & Howard/Chicago IL | 12.80 |
| | Federal Express to Donald J. Angelini, Jarret Raab./Angelini & Angelini/Oak Brook IL. | 12.80 |
| | Photocopying - Motion  (TGB) | 28.00 |
| | Messenger to U.S. District Court Northern District. | 5.66 |
| 4/5/2010 | Federal Express to Donald J Angelini/Oak Brook IL  (TGB) | 14.73 |
| | Federal Express to Richard S. Mittelman/O'Donnell Law Firm/Vernon Hills IL.  (TGB) | 14.73 |
| | Federal Express to Scott M. Levin/Howard & Howard.  (TGB) | 14.73 |
| 4/7/2010 | Federal Express to Scott G. Richmond, Esq./Ariano, Hardy, Nyuli, Richmond/South Elgin IL. (K. DeVries) | 15.01 |
| | NO REFERENCE INFO. | |
| 4/8/2010 | Photocopying - Receiver's first report of Acts & Transactions and Initial Inventory of Assets. (IXB) | 2.80 |

Ira Bodenstein, Receiver for Steven W. Salutric                                    Page    25

|            |                                                                                                            | Amount |
|------------|------------------------------------------------------------------------------------------------------------|--------|
| 4/15/2010  | Federal Express to Honorable Sophia H. Hall/Circuit Court of Cook County/Chicago IL  (K. DeVries)          | 12.74  |
|            | Federal Express to Honorable Ronald F. Bartkowicz/Circuit Court of Cook County/Chicago IL (K. DeVries)    | 12.74  |
|            | Federal Express to Honorable Dorothy F. French/DuPage County Judicial Center/Wheaton IL  (K. DeVries)     | 12.74  |
|            | Photocopying - T. Banich letters  (KD)                                                                     | 2.30   |
|            | Federal Express to Honorable David M. Hall/Waukegan IL  (K. DeVries)                                       | 12.74  |
|            | Federal Express to Honorable Paul Noland/DuPage County Judicial Center/Wheaton IL  (K. DeVries)           | 12.74  |
| 4/22/2010  | Clerk, U.S. District Court                                                                                  | 39.00  |
|            | Filing fee (TGB)                                                                                           |        |
|            | ck #17708                                                                                                 |        |
|            | Photocopying - Letter to Clerk                                                                             | 2.60   |
|            | Federal Express to Office of the Clerk/Sam M. Gibbons U.S. Courthouse/Tampa FL  (K. DeVries)              | 19.45  |
|            | Clerk, U.S. District Court                                                                                  | 10.00  |
|            | Filing fee (TGB)                                                                                           |        |
|            | ck #17709                                                                                                 |        |
| 4/27/2010  | Taxi to court to attend hearing.   (TGB)                                                                    | 7.00   |
| 4/28/2010  | Federal Express to Judge Stephen Sullivan/Kane County Courthouse/Geneva IL.                                | 12.74  |
|            | Legal Research 4/1/10 - 4/30/10 – Stay Motion  (TGB)                                                        | 161.51 |
| 5/13/2010  | Photocopying - Subpoena   (DeVries)                                                                         | 16.20  |
| 5/19/2010  | Photocopying - Copies of IRS Papers.                                                                        | 3.80   |
| 5/27/2010  | Legal Research - Motion to Compel  (TGB)                                                                    | 34.33  |
| 5/28/2010  | Photocopying - Discovery                                                                                    | 11.40  |
|            | Legal Research - Falcon Pictures  (TGB)                                                                     | 44.05  |
| 5/31/2010  | Postage - 5/1/10 - 5/31/10                                                                                  | 16.27  |
| 6/2/2010   | Photocopying - Complaint  (DeLamora)                                                                        | 2.30   |
| 6/14/2010  | Messenger to US District Court ND IL  (DeVries)                                                             | 5.66   |
| 6/16/2010  | Photocopying - Letter  (DeVries)                                                                            | 1.80   |
| 6/30/2010  | Accurate Clerking, Inc. - Subpoenas served: Park Ave. Entertainment; Intrepid Acquisitions; Falcon Picture Group.  (TGB) | 295.00 |
| 7/9/2010   | Photocopying - Courtesy copy of letter and receiver's report.  (DeLamora)                                  | 1.70   |
| 7/31/2010  | Postage - 7/1/10 - 7/31/10                                                                                  | 6.30   |

|                              |             |
|------------------------------|-------------|
| Total additional charges     | $1,050.67   |
| Total amount of this bill    | $80,768.17  |
| Balance due                  | $80,768.17  |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE CLIENT NUMBER WITH PAYMENT
ADDITIONAL EXPENSES MAY BE BILLED ON A LATER INVOICE