

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN W. SALUTRIC, <br><br> Defendant. | Case No. 1:10-CV-00115 <br><br> Hon. Robert M. Dow Jr. |

## ORDER

Upon consideration of the motion (the "Motion") of Ira Bodenstein, the Court appointed Receiver for Steven W. Salutric for entry of an order pursuant to LR 66.1 and the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission authorizing the payment of the administrative fees and expenses incurred by the Receiver for the period February 1, 2010 through July 31, 2010 (the "Fee Period"); due and sufficient notice of the Motion having been given under the circumstances; no objection having been interposed to the relief requested therein; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. The Administrative fees and expenses of the Receiver incurred during the Fee Period, in the amount of $80,768.17, are approved.

3. The Receiver is authorized to pay the $51,050.67 from the funds in the receivership estate in full payment of the expenses and partial payment of the fees incurred during the Fee Period.

7355 ORD A0274154.WPD

4. The procedures for notice and service of the Motion as set forth therein are approved.

ENTERED: September 28, 2010

_____
Honorable Robert M. Dow Jr.
United States District Judge

7355 ORD A0274154.WPD