**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) | Case No. 1:10-CV-00115 |
| v. ) ) | Hon. Robert M. Dow Jr. |
| STEVEN W. SALUTRIC, ) ) | |
| Defendant. ) | |

**RECEIVER'S REPORT OF DISTRIBUTION**

1. On August 30, 2017, the Receiver made the following distribution pursuant to the Order entered by this Court on August 28, 2017 [Dkt. No. 272]:

| | Claimant | Allowed Amount | Distribution Amount |
|---|---|---|---|
| 1. | DGR Hardware 401k | $ 22,500.00 | $ 5,178.39 |
| 2. | Birchmeier Homes Inc. 401k | $ 71,071.95 | $16,357.20 |
| 3. | Mary Cullotta | $ 30,000.00 | $ 6,904.50 |
| 4. | Lucia Leck | $402,742.47 | $92,691.10 |
| 5. | Supreme Auto Transmission, Inc. Profit Sharing Plan | $ 47,103.00 | $10,840.75 |
| 6. | Estate of Chris M. Hrgich, Sr. | $ 94,762.61 | $21,809.60 |
| | Total Distribution | | $153,781.54 |

August 30, 2017

Respectfully submitted,

**IRA BODENSTEIN**, not individually, but solely as Receiver of Steven W. Salutric

/s/Ira Bodenstein
One of his attorneys

Ira Bodenstein (#3126857)
Terence G. Banich (#6269359)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60654
(312) 541-0151
ibodenstein@shawfishman.com
tbanich@shawfishman.com
rfogel@shawfishman.com

{7355 MOT A0483252.DOC}