**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:10-CV-00115 |
| v. | ) ) | Hon. Robert M. Dow Jr. |
| STEVEN W. SALUTRIC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:     See attached Certificate of Service

**PLEASE TAKE NOTICE** that, on Tuesday, October 24, 2017 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert M. Dow Jr., United States District Court for the Northern District of Illinois, Eastern Division, or such other judge as may be sitting in his place in Courtroom 1919, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the attached **Application of Receiver for Payment of Administrative Fees and Expenses for the Period August 1, 2010 through August 31, 2017**, copies of which are hereby served upon you.

Dated: October 13, 2017                   Respectfully submitted,

                                                            **IRA BODENSTEIN**, not individually, but
                                                            solely as Receiver of Steven W. Salutric

                                                            **/s/ Ira Bodenstein**_____
                                                            One of his attorneys

Ira Bodenstein (#3126857)
Terence G. Banich (#6269359)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60654
(312) 541-0151
ibodenstein@shawfishman.com
tbanich@shawfishman.com

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(b)(2)(C) and 5(b)(3), I, Ira Bodenstein, an attorney, hereby certify that, on the 13th day of October, 2017, I caused a true and correct copy of the foregoing **Application of Receiver for Payment of Administrative Fees and Expenses for the Period August 1, 2010 through August 31, 2017,** to be served by (a) Electronic Case Filing upon counsel of record who are Filing Users of the Court's Electronic Case Filing system and (b) the manners indicated upon:

/s/Ira Bodenstein

*Via Electronic Mail and First Class Mail:*

- **Robin Andrews**
  andrewsr@sec.gov
- **Terence G. Banich**
  tbanich@shawfishman.com,kbobb@shawfishman.com
- **David A. Baugh**
  dbaugh@baughdaltonlaw.com,alay@baughdaltonlaw.com
- **Ira Bodenstein**
  ibodenstein@shawfishman.com,cowens@shawfishman.com
- **Ira Bodenstein**
  ibodenstein@shawgussis.com
- **Ruben Richard Chapa**
  chapa.ruben@dol.gov,sol-chi@dol.gov
- **Richard M. Fogel**
  rfogel@shawfishman.com
- **Charles J Kerstetter**
  hilly@sec.gov,birkenheierj@sec.gov
- **James L. Kopecky**
  jkopecky@ksblegal.com
- **Scott Murray Levin**
  SML@h2law.com
- **Nicholas Anthony Pavich**
  npavich@npavichlaw.com
- **Daryl M. Schumacher**
  dschumacher@ksblegal.com,docket@ksblegal.com

- **Martin D. Snyder**
  martin@snyderlawchicago.com
- **Hilda L. Solis**
  sol-chi@dol.gov

*Via First Class Mail:*
Steven W. Salutric (#44192-424)
FPC Duluth, Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814

Elizabeth Wilson
Assistant U.S. Attorney
219 S. Dearborn Street
Suite 500
Chicago, IL 60604

Lucia Leck
4551 Niagara Lane N
Plymouth, MN 55446

c/o Laurence M. Landsman
Supreme Auto Transmission PSP
Block & Landsman
33 N. LaSalle Street
Suite 1400
Chicago, IL 60602

{7355 NOM A0487755.DOC}

Mary Cullotta
2305 Strawberry Lane
Glenview, IL  60026

DRG Hardware 401K
c/o Dennis Rioux
225 West End Road
Roselle, IL  60172

Estate of Chris M. Hrgich Sr.
c/o Thomas Hrgich
15868 E. Brunswick Drive
Aurora, CO  80013

Birchmeier Homes Inc. 401K
c/o Gary Doles
440 N. Winston Drive
Palatine, IL  60074