UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISION, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:10-CV-00115 |
| v. | )<br>) Hon. Robert M. Dow Jr. |
| STEVEN W. SALUTRIC, | )<br>) |
| Defendant. | ) |

# ORDER

Upon consideration of the motion (the "Motion") of Ira Bodenstein, the Court appointed Receiver for Steven W. Salutric for entry of an order pursuant to LR 66.1 and the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission authorizing the payment of the administrative fees and expenses incurred by the Receiver for the period August 1, 2010 through August 31, 2017 (the "Fee Period"); due and sufficient notice of the Motion having been given under the circumstances; no objection having been interposed to the relief requested therein; and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. The Administrative fees and expenses of the Receiver incurred during the Fee Period, in the amount of $102,506.01, are approved.

3. The Receiver is authorized to pay the $102,506.01 from the funds in the receivership estate in full payment of the expenses and partial payment of the fees incurred during the Fee Period

4. The procedures for notice and service of the Motion as set forth therein are approved.

{7355 ORD A0487758.DOCX}

Dated: October 26, 2017

                                                                     _____
                                                                     Honorable Robert M. Dow, Jr.
                                                                     United States District Court Judge

Ira Bodenstein (#3126857)
Terence G. Banich (#6269359)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60654
(312) 541-0151
ibodenstein@shawfishman.com