# EXHIBIT B

{000 EXH A0496522.DOCX}

## ACCOUNT BALANCE RECONCILIATION
## SALUTRIC RECEIVER ACCOUNT

| | | |
|---|---|---|
| *Beginning Balance* | *04/07/10* | *0* |
| **DEPOSITS** | | |
| West Suburban Bank Closed Account | 04/08/10 | $828.38 |
| Alliant Credit Union Closed Account | 04/08/10 | $231.81 |
| Ford Fusion | 05/06/10 | $2,500.00 |
| Cub Tee Shirts | 05/06/10 | $59.00 |
| TCF Bank Closed Account | 05/17/10 | $1,903.62 |
| Falcon Pictures Group | 06/07/10 | $63,771.00 |
| Falcon Pictures Group | 09/17/10 | $2,952.00 |
| Falcon Pictures Group | 02/11/2011 | $8,202.01 |
| Falcon Pictures Group | 4/11/2011 | $7,412.36 |
| Zenkich Family Partnership | 11/09/2011 | $5,000.00 |
| Moser Family Limited Partnership | 08/20/2012 | $3,000.00 |
| Carl Amari | 03/10/14 | $5,000.00 |
| Carl Amari | 03/18/14 | $25,000.00 |
| Park Avenue Entertainment | 04/09/14 | $4,362.87 |
| Intrepid Acquisitions | 10/15/14 | $5,625.00 |
| Intrepid Acquisitions | 01/07/15 | $50,000.00 |
| Intrepid Acquisitions | 04/23/15 | $759.30 |
| Park Avenue Entertainment | 07/27/15 | $4,694.37 |
| Park Avenue Entertainment | 12/01/15 | $5,336.38 |
| Perkins Coie Trust Account | 09/30/16 | $11,624.50 |
| Edward Jones | 11/08/16 | $89,804.65 |
| Catherine Steege, Trustee Amari Bankruptcy | 12/06/16 | $69,239.15 |
| *Sub-Total* | *03/31/17* | *$367,306.40* |
| **PAYMENTS** | | |
| Check Order | 04/21/10 | $42.38 |
| Service Charge | 04/30/10 | $15.00 |
| Service Charge | 05/31/10 | $15.00 |
| Shaw Fishman Fees and Expenses | 10/1/10 | $51,050.67 |
| Service Charge | 10/31/10 | $15.00 |
| Service Charge | 11/30/10 | $15.00 |

| | | |
|---|---|---|
| Service Charge | 12/31/10 | $15.00 |
| Service Charge | 1/31/11 | $15.00 |
| Service Charge | 1/28/11 | $15.00 |
| Service Charge | 3/31/11 | $15.00 |
| Service Charge | 4/30/11 | $15.00 |
| Service Charge | 5/31/11 | $15.00 |
| Service Charge | 6/30/11 | $15.00 |
| Service Charge | 7/29/11 | $15.00 |
| Service Charge | 6/29/12 | $15.00 |
| Service Charge | 7/31/12 | $15.00 |
| Service Charge | 8/13/12 | $15.00 |
| Service Charge | 9/28/12 | $15.00 |
| Service Charge | 10/31/12 | $15.00 |
| Service Charge | 11/30/12 | $15.00 |
| Service Charge | 12/31/12 | $15.00 |
| Service Charge | 1/31/13 | $15.00 |
| Service Charge | 3/01/13 | $15.00 |
| Service Charge | 3/29/13 | $15.00 |
| Service Charge | 4/30/13 | $15.00 |
| Service Charge | 5/31/13 | $15.00 |
| Service Charge | 6/28/13 | $15.00 |
| Service Charge | 7/30/13 | $15.00 |
| Service Charge | 8/30/13 | $17.50 |
| Service Charge | 9/30/13 | $17.50 |
| Service Charge | 10/31/13 | $17.50 |
| Service Charge | 11/30/13-03/31/18 | -0- |
| 2014 State Tax Return | 12/30/15 | $2401.00 |
| 2014 Federal Tax Return | 12/31/15 | $2276.00 |
| 2014 Federal Tax Return | 4/01/16 | $10.31 |
| Popowcer Katten, Ltd. | 12/14/16 | $7,302.00 |
| Initial Distribution Checks | 08/30/2017 | $153,781.54 |
| Shaw Fishman Fees and Expenses | 10/27/2017 | $102,506.01 |
| *Current Balance* | 04/01/18 | *$47,493.99* |

{7355 EXH A0320121.DOC}