# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STEVEN W. SALUTRIC,  )<br>  )<br>Defendant.  )  | No. 1:10-CV-00115<br>Hon. Robert M. Dow Jr. |

## NOTICE OF FILING

**TO:** SEE ATTACHED SERVICE LIST

  **PLEASE TAKE NOTICE** that on **April 16, 2018,** the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **RECEIVER'S FINAL REPORT**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated: April 16, 2018

Respectfully submitted,

**IRA BODENSTEIN**, not individually, but solely as Receiver of Steven W. Salutric

/s/Ira Bodenstein
One of his attorneys

Ira Bodenstein (#3126857)
Terence G. Banich (#6269359)
Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60654
(312) 541-0151
ibodenstein@shawfishman.com
tbanich@shawfishman.com
rfogel@shawfishman.com

## CERTIFICATE OF SERVICE

Pursuant to Northern District of Illinois Local Rules 5.5(a)(1), 5.5(a)(3) and 5.9, I, Ira Bodenstein, an attorney, hereby certify that, on the 16th day of April 2018, I caused a true and correct copy of the foregoing **Receiver's Final Report** to be served by Electronic Case Filing upon counsel of record who are Filing Users of the Court's Electronic Case Filing system and by U.S. Mail to the parties identified below.

Dated: April 16, 2018 /s/Ira Bodenstein

**Mailing Information for a Case 1:10-cv-00115**

- **Robin Andrews**
  andrewsr@sec.gov
- **Terence G. Banich**
  tbanich@shawfishman.com,kbobb@shawfishman.com
- **David A. Baugh**
  dbaugh@baughdaltonlaw.com,alay@baughdaltonlaw.com
- **Ira Bodenstein**
  ibodenstein@shawfishman.com,cowens@shawfishman.com
- **Ira Bodenstein**
  ibodenstein@shawgussis.com
- **Ruben Richard Chapa**
  chapa.ruben@dol.gov,sol-chi@dol.gov
- **Richard M. Fogel**
  rfogel@shawfishman.com
- **Charles J Kerstetter**
  hilly@sec.gov,birkenheierj@sec.gov
- **James L. Kopecky**
  jkopecky@ksrpc.com
- **Scott Murray Levin**
  SML@h2law.com
- **Daryl M. Schumacher**
  dschumacher@ksrpc.com,docket@ksblegal.com
- **Martin D. Snyder**
  martin@snyderlawchicago.com
- **Hilda L. Solis**
  sol-chi@dol.gov

**U.S. Mail**

DGR Hardware
c/o Dennis Rioux
225 West End Road
Roselle, IL 60172

Birchmeier Homes 401k
c/o Gary Doles
440 N. Winston Drive
Palatine, IL 60074

Estate of Chris M. Hrgich, Sr.
c/o Thomas Hrgich
15868 E. Brunswick Drive
Aurora, CO 80013

Mary Cullota
2305 Strawberry Lane
Glenview, IL 60026

Lucia Leck
4551 Niagra Lane N
Plymouth, MN 55446

Supreme Auto Transmission, Inc.
 Profit Sharing Plan
c/o Laurence M. Landsman
Block & Landsman
33 N. LaSalle Street
Suite 1400
Chicago, IL 60602

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Department of Revenue
P.O. Box 19009
Springfield, IL 62794-9009